UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA DAYTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CYPRUS AMAX MINERALS COMPANY, et al.,<br><br>    Defendants. | Case No. 19-cv-02303-JD<br><br>**ORDER RE MOTION TO REMAND**<br><br>Re: Dkt. No. 17 |

In light of the withdrawal of the opposition to remand by defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., Dkt. No. 34, the case is remanded to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: July 30, 2019

JAMES DONATO
United States District Judge